# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 13-2107,     Ronnie Adams v. Service Employees Intl.
                 12-0468

1. **Jurisdiction (for appellants/petitioners only)**
A. Name of court or agency from which review is sought: U.S. Court of Appeals

B. Date(s) of order or orders for which review is sought: March 26, 2013

2. **Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

3. **Issues for Review**
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.** I had no medication for pain for my neck or back the entire time I was employed with Haliburton/KBR until the accident.

**Supporting Facts and Argument.**
I may have had a preexisting condition prior to being employed by Haliburton/KBR but I was not being treated for any pain prior to the accident for my neck or back from December 2004 (my hiredate) until my accident on Oct 26, 2005. So for almost a year I had no treatment for a preexisting condition. And as of today I take pain medication on a regular basis since the accident.

**Issue 2.** The treating physicians and Dr. Lehman (the worker's comp. second opinion) agreed on the diagnosis of an aggravated preexisting condition + the treatment and no changes were made to their opinions at anytime, even after reading all records that Dr. Richmond read.

**Supporting Facts and Argument.**
Why would Dr. Richmond's opinion be valued more than the treating physicians and the worker's comp. company's second opinion. If they didn't trust Dr. Lehman, why pay him for a second opinion?

**Issue 3.** We are not disagreeing that there was a pre existing condition, but that this high impact accident aggravated this pre existing condition.
**Supporting Facts and Argument.** If I had not been involved in this accident that was not my fault, I may have had issues with this pre existing condition in the future, but the facts are that this accident aggravated this condition and caused me to become disabled.

**Issue 4.** The Worker's Comp agency sent me for a second opinion and he agreed with diagnosis. If he had disagreed would Work's Comp agency have continued to doctor fish for the opinion they wanted.
**Supporting Facts and Argument**
I want to point out that worker's Comp. chose the treating physician and the second opinion, Dr. Lehman, why would they choose these doctors and fish around for a Dr. that would disagree with them.

4. **Relief Requested**
**Identify the precise action you want the Court of Appeals to take:**
I am requesting that the court of appeals will see that my life quality has been affected by this accident and that this accident had to have aggravated my pre existing condition or I could not have gone without treatment for as long as I did while employed by Haliburton/KBR.

5. **Prior appeals (for appellants/petitioners only)** My pre existing condition was aggravated and continues to affect my quality of life.

A. Have you filed other cases in this Court? Yes [ ] No [✓]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?


*Ronnie Wayne Adams*
Signature
[Notarization Not Required]

*Ronnie Wayne Adams*
[Please Print Your Name Here]

## CERTIFICATE OF SERVICE
********************

I certify that on __10-03-2013__ I served a copy of this Informal Brief on all parties, addressed as shown below:

*Ronnie Wayne Adams*
Signature

Copies: Ronnie W. Adams
P. O. Box 38
Mount Croghan, SC 29727

Grover E. Asmus
ASMUS & GADDY, LLC
104 Saint Francis Street
Suite 604
Mobile, AL 36602

Betty English
OFFICE OF THE SOLICITOR GENERAL
Department of Labor
200 Constitution Avenue, NW
Suite N-2114
Washington, DC 20210-0000

Ms. Rae Ellen James
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
Frances Perkins Building
200 Constitution Avenue, NW
Suite N-2117, NDOL
Washington, DC 20210-0000

Thomas O. Shepherd Jr.
BENEFITS REVIEW BOARD
200 Constitution Avenue, NW
S-5220
Washington, DC 20210



RW Adams
PO Box 38
Mt. Croghan, SC 29727

Clerk
U.S. Court of Appeals, Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219